# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2020

161093

TAMMY LEE MARTIN,
        Plaintiff-Appellant,

v

JEFFREY ALLAN MARTIN,
        Defendant-Appellee.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 161093
COA: 349261
Ottawa CC: 10-068039-DM

      On order of the Court, the application for leave to appeal the January 28, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



b1021

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2020



Clerk